# CERTIFICATE OF SERVICE

     I, Gregory J. Flasser, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made June 30, 2020 by:

☒ Mail Service: Via certified mail at the addresses listed on <u>Exhibit 1</u> attached hereto.

☐ Personal Service:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

     Under penalty of perjury, I declare that the foregoing is true and correct.

Date: July 23, 2020                  */s/ Gregory J. Flasser*
                                            Gregory J. Flasser (No. 6154)

| Print Name: | Gregory J. Flasser |
|---|---|
| Business Address: | Bayard, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE 19801 |

## **Exhibit 1**

### **(Service Addresses)**

| Defendant | c/o | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Aloha Council | Jesse Lopez | 42 Puiwa Road | Honolulu | Hawaii | 96817 | USA |
| Cascade Pacific Council | Mathew Devore | 2145 SW Naito Parkway | Portland | Oregon | 97201 | USA |
| American Zurich Company | Delaware Department of Insurance Commissioner | 841 Silver Lake Blvd. | Dover | Delaware | 19904-2246 | USA |
| Boy Scouts of America | Morris, Nichols, Arst & Tunnell LLP Attn: Derek Abbott | 1201 North Market Street, 16th Floor | Wilmington | Delaware | 19899-1347 | USA |
| Boy Scouts of America | Sidley Austin LLP Attn: Jessica C. K. Boelter | 787 Seventh Avenue | New York | New York | 10019 | USA |
| Central Florida Council | Eric Magendantz | 1951 S Orange Blossom Trail | Apopka | Florida | 32703 | USA |
| Chief Seattle Council | Michael Quirk | 3120 Rainier Avenue South | Seattle | Washington | 98144 | USA |
| Circle Ten Council | Sam Thompson | 8605 Harry Hines Blvd. | Dallas | Texas | 75235 | USA |
| Connecticut Yankee Council | Greg Marty | 60 Wellington Road | Milford | Connecticut | 6460 | USA |
| Crater Lake Council | James Westfall | 3039 Hanley Road | Central Point | Oregon | 97502 | USA |
| Gamehaven Council | Jason Dugan | 607 E Center St. | Rochester | Minnesota | 55904 | USA |
| General Star Indemnity Company | Delaware Department of Insurance Commissioner | 841 Silver Lake Blvd. | Dover | Delaware | 19904-2246 | USA |
| Glacier's Edge Council | Alex Tyms | 5846 Manufacturers Drive | Madison | Wisconsin | 53704 | USA |
| Great Alaska Council | Clifford Crismore | 3117 Patterson St | Anchorage | Alaska | 99504 | USA |
| Greater Los Angeles Area Council | Jeff Sulzbach | 2333 Scout Way | Los Angeles | California | 90026 | USA |
| Gulf Underwriters Insurance Company | Delaware Department of Insurance Commissioner | 841 Silver Lake Blvd. | Dover | Delaware | 19904-2246 | USA |
| Inland Northwest Council | Darrin Nicholson | 411 W Boy Scout Way | Spokane | Washington | 99201 | USA |
| Katahdin Area Council | R Scott Harvey | 90 Kelley Road | Orono | Maine | 4473 | USA |
| Lincoln Heritage Council | Jason Pierce | 12001 Sycamore Station Place | Louisville | Kentucky | 40299 | USA |
| Longhorn Council | John Coyle | 850 Canon Dr. | Hurst | Texas | | USA |

| | | | | | | |
|---|---|---|---|---|---|---|
| Longs Peak Council | John Coleman | 2215 23rd Avenue | Greeley | Colorado | 80632 | USA |
| Mayflower Council | Bryan Feather | 2 Mount Royal Ave. #100 | Marlborough | Mass | 1752 | USA |
| Heart of New England Council | Todd Lamison | 1980 Lunenburg Rd | Lancaster | Mass | 1523 | USA |
| Montana Council | Dirk Smith | 820 17th Avenue South | Great Falls | Montana | 59405 | USA |
| Mount Baker Council | Kevin Nichols | 1715-100th PL SE, Suite B | Everett | Washington | 98208 | USA |
| Mount Diablo Silverado Council | John Fenoglio | 800 Ellinwood Way | Pleasant hill | California | 94523 | USA |
| North Florida Council | Jack Sears | 521 S. Edgewood Avenue | Jacksonville | Florida | 32205 | USA |
| Northeast Georgia Council | Trip Selman | Jefferson Service Center<br>148 Boy Scout Trail | Pendergrass | Georgia | 30549 | USA |
| Northern New Jersey Council | Rebecca Fields | 25 Ramapo Valley Road | Oakland | New Jersey | 7436 | USA |
| Northern Star Council | John Andrews | 6202 Bloomington Road | Fort Snelling | Minnesota | 55111 | USA |
| Oregon Trail Council | Scott Impecoven | 2525 Martin Luther King Jr. Blvd | Eugene | Oregon | 97401 | USA |
| Moutain West Council | Lynn Gunter | 8901 W. Franklin Rd | Boise | Idaho | 83709 | USA |
| Pacific Harbors Council | Ralph Voelker | 4802 S. 19th Street | Tacoma | Washington | 98405 | USA |
| Patriots' Path Council | Marc Andreo | 1 Saddle Road | Cedar Knolls | New Jersey | 7927 | USA |
| Pee Dee Area Coucil | Michael Hesbach | 702 S Coit St | Florence | South Carolina | 29503 | USA |
| Sagamore Council | Ben Blumenberg | 518 N Main St | Kokomo | Indiana | 46903 | USA |
| Sam Houston Area Council | Tom Varnell | 2225 N. Loop West | Houston | Texas | 77008 | USA |
| Heart of America Council | Brick Huffman | 10210 Holmes Road | Kansas City | Missouri | 64131 | USA |
| South Florida Council | Jeffrey Berger | 15255 NW 82nd Ave | Miami lakes | Florida | 33016 | USA |
| Spirit of Adventure Council | Chuck Eaton | 2 Tower Office Park | Woburn | Massachusetts | 1801 | USA |
| Tidewater Council | James Parnell | 1032 Heatherwood Dr. | Virginia Beach | Virginia | 23455 | USA |
| TIG Insurance Company as Successor to Merger to International Insurance Company | Delaware Department of Insurance Commissioner | 841 Silver Lake Blvd. | Dover | Delaware | 19904-2246 | USA |
| United States Fire Insurance Company | Delaware Department of Insurance Commissioner | 841 Silver Lake Blvd. | Dover | Delaware | 19904-2246 | USA |