# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |
| HARTFORD ACCIDENT AND INDEMNITY COMPANY AND FIRST STATE INSURANCE COMPANY,<br><br>               Plaintiffs,<br>  v.<br><br>BOY SCOUTS OF AMERICA; ALOHA COUNCIL; CASCADE PACIFIC COUNCIL; CENTRAL FLORIDA COUNCIL; CHIEF SEATTLE COUNCIL; CIRCLE TEN COUNCIL; CONNECTICUT YANKEE COUNCIL; CONNECTICUT YANKEE AND FAIRFIELD COUNTY COUNCIL; CRATER LAKE COUNCIL; GAMEHAVEN COUNCIL; GLACIER'S EDGE COUNCIL; GREAT ALASKA COUNCIL; GREATER LOS ANGELES AREA COUNCIL; INLAND NORTHWEST COUNCIL; KATAHDIN AREA COUNCIL; LINCOLN HERITAGE COUNCIL; LONGHORN COUNCIL; LONGS PEAK COUNCIL; MAYFLOWER COUNCIL; MOHEGAN COUNCIL; MONTANA COUNCIL; MOUNT BAKER COUNCIL; MOUNT DIABLO SILVERADO; NEW JERSEY COUNCIL; NORTH FLORIDA COUNCIL; NORTHEAST GEORGIA COUNCIL; NORTHERN NEW JERSEY COUNCIL; NORTHERN STAR COUNCIL; OREGON COUNCIL; OREGON TRAIL COUNCIL; ORE-IDA COUNCIL; PACIFIC | Adv. Proc. No. 20-50601 (LSS) |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

HARBORS COUNCIL; PATRIOTS' PATH COUNCIL; PEE DEE AREA COUNCIL; SAGAMORE COUNCIL; SAM HOUSTON AREA COUNCIL; SHAWNEE TRAILS COUNCIL; SOUTH FLORIDA COUNCIL; SPIRIT OF ADVENTURE COUNCIL; TIDEWATER COUNCIL; INSURANCE COMPANY OF NORTH AMERICA; ARGONAUT INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA; CERTAIN UNDERWRITERS AT LLOYD'S LONDON; TRAVELERS CASUALTY AND SURETY COMPANY, INC. (f/k/a Aetna Casualty and Surety Company); ALLIANZ GLOBAL RISKS US INSURANCE COMPANY (f/k/a Allianz Insurance Company); NATIONAL SURETY CORPORATION; LANDMARK INSURANCE COMPANY; COLUMBIA CASUALTY COMPANY; ARROWOOD INDEMNITY COMPANY (f/k/a Royal Indemnity Company); FEDERAL INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; UTICA MUTUAL INSURANCE COMPANY; PACIFIC EMPLOYERS INSURANCE COMPANY; HARBOR INSURANCE COMPANY; PAUL FIRE SURPLUS LINES INSURANCE COMPANY; CHUBB CUSTOM INSURANCE COMPANY; LEXINGTON INSURANCE COMPANY; AMERICAN ZURICH INSURANCE COMPANY; THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA; TIG INSURANCE COMPANY, AS SUCCESSORY TO MERGER TO INTERNATIONAL INSURANCE COMPANY; GENERAL STAR INDEMNITY COMPANY; WESTCHESTER SURPLUS LINES INSURANCE COMPANY (f/k/a INDUSTRIAL INSURANCE COMPANY OF HAWAII); INDUSTRIAL INDEMNITY COMPANY; GULF INSURANCE COMPANY; NIAGARA FIRE INSURANCE COMPANY; CALIFORNIA UNION INSURANCE COMPANY; AGRICULTURAL INSURANCE COMPANY; TEXAS PACIFIC INDEMNITY COMPANY; LIBERTY MUTUAL

| |
|---|
| INSURANCE COMPANY; CONTINENTAL INSURANCE COMPANY |
| Defendants. |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| | |
|---|---|
| **Address of Clerk**: | 824 Market Street, 3rd Floor Wilmington, DE 19801 |

At the same time, you must also serve a copy of the motion or answer upon Plaintiff's counsel.

**Name and Address of Plaintiff's Counsel**:

Erin R. Fay (No. 5268)
Gregory J. Flasser (No. 6154)
BAYARD, P.A.
600 North King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: efay@bayardlaw.com
       gflasser@bayardlaw.com

James P. Ruggeri (admitted *pro hac vice*)
Joshua D. Weinberg (admitted *pro hac vice*)
Abigail W. Williams (admitted *pro hac vice*)
Shipman & Goodwin LLP
1875 K Street, NW, Suite 600
Washington, DC 20003
Tel: (202) 469-7750
Fax: (202) 469-7751
Email: jruggeri@goodwin.com
       jweignberg@goodwin.com
       awilliams@goodwin.com
- and -

Eric S. Goldstein (admitted *pro hac vice*)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
Tel: (860) 251-5000
Fax: (860) 251-5099
Email: egoldstein@goodwin.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**YOU ARE NOTIFIED** that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | |
|---|---|
| **Address**:<br>824 North Market Street<br>Wilmington, DE, 19801 | **Room**: Courtroom No. 2<br>**Floor**: 6th<br>**Date and Time**: September 9, 2020 at 10:00 a.m. (ET) |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy Court for the District of Delaware**

Date: July 10, 2020                                /s/ Una O'Boyle
                                                                   *Clerk of the Bankruptcy Court*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |
| HARTFORD ACCIDENT AND INDEMNITY COMPANY AND FIRST STATE INSURANCE COMPANY,<br><br>                Plaintiffs,<br>   v.<br><br>BOY SCOUTS OF AMERICA; ALOHA COUNCIL; CASCADE PACIFIC COUNCIL; CENTRAL FLORIDA COUNCIL; CHIEF SEATTLE COUNCIL; CIRCLE TEN COUNCIL; CONNECTICUT YANKEE COUNCIL; CONNECTICUT YANKEE AND FAIRFIELD COUNTY COUNCIL; CRATER LAKE COUNCIL; GAMEHAVEN COUNCIL; GLACIER'S EDGE COUNCIL; GREAT ALASKA COUNCIL; GREATER LOS ANGELES AREA COUNCIL; INLAND NORTHWEST COUNCIL; KATAHDIN AREA COUNCIL; LINCOLN HERITAGE COUNCIL; LONGHORN COUNCIL; LONGS PEAK COUNCIL; MAYFLOWER COUNCIL; MOHEGAN COUNCIL; MONTANA COUNCIL; MOUNT BAKER COUNCIL; MOUNT DIABLO SILVERADO; NEW JERSEY COUNCIL; NORTH FLORIDA COUNCIL; NORTHEAST GEORGIA COUNCIL; NORTHERN NEW JERSEY COUNCIL; NORTHERN STAR COUNCIL; OREGON COUNCIL; OREGON TRAIL COUNCIL; ORE-IDA COUNCIL; PACIFIC | Adv. Pro. No. 20-50601 (LSS) |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

HARBORS COUNCIL; PATRIOTS' PATH COUNCIL; PEE DEE AREA COUNCIL; SAGAMORE COUNCIL; SAM HOUSTON AREA COUNCIL; SHAWNEE TRAILS COUNCIL; SOUTH FLORIDA COUNCIL; SPIRIT OF ADVENTURE COUNCIL; TIDEWATER COUNCIL; INSURANCE COMPANY OF NORTH AMERICA; ARGONAUT INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA; CERTAIN UNDERWRITERS AT LLOYD'S LONDON; TRAVELERS CASUALTY AND SURETY COMPANY, INC. (f/k/a Aetna Casualty and Surety Company); ALLIANZ GLOBAL RISKS US INSURANCE COMPANY (f/k/a Allianz Insurance Company); NATIONAL SURETY CORPORATION; LANDMARK INSURANCE COMPANY; COLUMBIA CASUALTY COMPANY; ARROWOOD INDEMNITY COMPANY (f/k/a Royal Indemnity Company); FEDERAL INSURANCE COMPANY; UNITED STATES FIRE INSURANCE COMPANY; UTICA MUTUAL INSURANCE COMPANY; PACIFIC EMPLOYERS INSURANCE COMPANY; HARBOR INSURANCE COMPANY; PAUL FIRE SURPLUS LINES INSURANCE COMPANY; CHUBB CUSTOM INSURANCE COMPANY; LEXINGTON INSURANCE COMPANY; AMERICAN ZURICH INSURANCE COMPANY; THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA; TIG INSURANCE COMPANY, AS SUCCESSORY TO MERGER TO INTERNATIONAL INSURANCE COMPANY; GENERAL STAR INDEMNITY COMPANY; WESTCHESTER SURPLUS LINES INSURANCE COMPANY (f/k/a INDUSTRIAL INSURANCE COMPANY OF HAWAII); INDUSTRIAL INDEMNITY COMPANY; GULF INSURANCE COMPANY; NIAGARA FIRE INSURANCE COMPANY; CALIFORNIA UNION INSURANCE COMPANY; AGRICULTURAL INSURANCE COMPANY; TEXAS PACIFIC INDEMNITY COMPANY; LIBERTY MUTUAL

| |
|---|
| INSURANCE COMPANY; CONTINENTAL INSURANCE COMPANY<br><br>               Defendants. |

## NOTICE OF DISPUTE RESOLUTION ALTERNATIVES

As party to litigation, you have a right to adjudication of your matter by a judge of this Court. Settlement of your case, however, can often produce a resolution more quickly than appearing before a judge. Additionally, settlement can reduce the expense, inconvenience, and uncertainty of litigation.

There are dispute resolution structures, other than litigation, that can lead to resolution of your case. Alternative Dispute Resolution ("**ADR**") is offered through a program established by this Court. The use of these services is often productive and effective in settling disputes. **The purpose of this Notice is to furnish general information about ADR.**

The ADR structures used most often are mediation, early-neutral evaluation, mediation/arbitration, and arbitration. In each of these structures, the dispute resolution process is presided over by an impartial third party, called the "neutral."

In mediation and early-neutral evaluation, an experienced neutral has no power to impose a settlement on you. These options foster an environment where settlement offers can be discussed and exchanged. In the process, you, together with your attorney, will be involved in weighing settlement proposals and crafting a settlement agreement. The Court, through its Local Rules,[2] requires that all communications made during ADR processes, except threats of a potential criminal action, be kept confidential. This means that you will not be prejudiced in the event that settlement is not achieved through mediation or early-neutral evaluation, because the presiding judge in your case will not be advised of any content you may share during settlement discussions.

Mediation/arbitration is a process where you submit to mediation and, if it is unsuccessful, agree that the mediator will act as an arbitrator. At that point, the process is the same as arbitration. You, through your counsel, will present evidence to a neutral, who issues a decision. If the matter in controversy arises in the main bankruptcy case or arises from a subsidiary issue in an adversary proceeding, the arbitration, though voluntary, may be binding. If a party requests *de novo* review of an arbitration award, the judge will rehear the case.

---

[2] The Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), deb.uscourts.gov/sites/default/files/1%20Clean%20Local_Rules_2020_0.pdf.

**Your attorney can provide you with additional information about ADR and advise you as to whether and when ADR might be helpful in your case.**

Dated: July 10, 2020

*/s/ Una O'Boyle*
*Clerk of the Bankruptcy Court*