# CERTIFICATE OF SERVICE

I, Gregory J. Flasser, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made July 10, 2020 by:

☒ Mail Service: Via certified mail at the addresses listed on <u>Exhibit 1</u> attached hereto.

☐ Personal Service:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: July 23, 2020             */s/ Gregory J. Flasser*
                                Gregory J. Flasser (No. 6154)

| | |
|---|---|
| Print Name: | Gregory J. Flasser |
| Business Address: | Bayard, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE 19801 |

**Exhibit 1**

**(Service Addresses)**

| Defendant | Service Address | Suite or Box | City | State | Zipcode | Country |
|---|---|---|---|---|---|---|
| Arrowood Indemnity Company | Delaware Department of Insurance Commissioner | 841 Silver Lake Blvd. | Dover | Delaware | 19904-2246 | USA |
| Chubb Custom Insurance Company | Delaware Department of Insurance Commissioner | 841 Silver Lake Blvd. | Dover | Delaware | 19904-2246 | USA |
| Columbia Casualty Company | Delaware Department of Insurance Commissioner | 841 Silver Lake Blvd. | Dover | Delaware | 19904-2246 | USA |
| Continental Insurance Company | Delaware Department of Insurance Commissioner | 841 Silver Lake Blvd. | Dover | Delaware | 19904-2246 | USA |
| Federal Insurance Company | Delaware Department of Insurance Commissioner | 841 Silver Lake Blvd. | Dover | Delaware | 19904-2246 | USA |
| The Continental Insurance Company as successor in interest to certain policies issued by Harbor Insurance Company | Delaware Department of Insurance Commissioner | 841 Silver Lake Blvd. | Dover | Delaware | 19904-2246 | USA |
| Insurance Company of North America | Delaware Department of Insurance Commissioner | 841 Silver Lake Blvd. | Dover | Delaware | 19904-2246 | USA |
| National Union Fire Insurance Company of Pittsburgh, PA as successor by merger to Landmark Insurance Company | Delaware Department of Insurance Commissioner | 841 Silver Lake Blvd. | Dover | Delaware | 19904-2246 | USA |
| Lexington Insurance Company | Delaware Department of Insurance Commissioner | 841 Silver Lake Blvd. | Dover | Delaware | 19904-2246 | USA |
| Liberty Mutual Insurance Company | Delaware Department of Insurance Commissioner | 841 Silver Lake Blvd. | Dover | Delaware | 19904-2246 | USA |
| National Surety Corporation | Delaware Department of Insurance Commissioner | 841 Silver Lake Blvd. | Dover | Delaware | 19904-2246 | USA |

| National Union Fire Insurance Company of Pittsburgh, PA | Delaware Department of Insurance Commissioner | 841 Silver Lake Blvd. | Dover | Delaware | 19904-2246 | USA |
| --- | --- | --- | --- | --- | --- | --- |
| The Continental Insurance Company successor by merger to Niagara Fire Insurance Company | Delaware Department of Insurance Commissioner | 841 Silver Lake Blvd. | Dover | Delaware | 19904-2246 | USA |
| Pacific Employers Insurance Company | Delaware Department of Insurance Commissioner | 841 Silver Lake Blvd. | Dover | Delaware | 19904-2246 | USA |
| The Insurance Company of the State of Pennsylvania | Delaware Department of Insurance Commissioner | 841 Silver Lake Blvd. | Dover | Delaware | 19904-2246 | USA |
| Westchester Surplus Lines Insurance Company (fka Industrial Insurance Company of Hawaii) | Delaware Department of Insurance Commissioner | 841 Silver Lake Blvd. | Dover | Delaware | 19904-2246 | USA |