# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |
| HARTFORD ACCIDENT AND INDEMNITY COMPANY AND FIRST STATE INSURANCE COMPANY,<br><br>        Plaintiffs,<br>   v.<br><br>BOY SCOUTS OF AMERICA, *et al*.<br><br>        Defendants. | Adv. Proc. No. 20-50601 (LSS)<br><br>**Re: D.I. 1, 3, 4, & 5** |

## NOTICE OF ADJOURNED PRETRIAL CONFERENCE

PLEASE TAKE NOTICE that on May 15, 2020, Hartford Accident and Indemnity Company ("Hartford A&I") and First State Insurance Company ("First State") (together, "Hartford") filed a complaint [D.I. 1] thereby commencing the above-captioned adversary proceeding (the "Adversary Proceeding") against the above-captioned defendants (collectively, the "Defendants").

PLEASE TAKE FURTHER NOTICE that on June 30, 2020, Hartford served the Summons and Notice of Pretrial Conference (the "June 30 Summons") on certain of the

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

Defendants.  The June 30 Summons scheduled the pretrial conference (the "Pretrial Conference") in the Adversary Proceeding for August 6, 2020.

PLEASE TAKE FURTHER NOTICE that on July 10, 2020, Hartford served a second Summons and Notice of Pretrial Conference (the "July 10 Summons") on a second set of Defendants.  Pursuant to Rule 7004-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, the July 10 Summons did not provide sufficient notice to hold the Pretrial Conference on August 6, 2020.  Accordingly, the July 10 Summons scheduled the Pretrial Conference for September 9, 2020 at 10:00 a.m. (ET).

PLEASE TAKE FURTHER NOTICE that on July 16, 2020 a third Summons and Notice of Pretrial Conference (the "July 16 Summons") was served on certain Defendants for which the initial service was rejected.  The July 16 Summons also scheduled the Pretrial Conference for September 9, 2020 at 10:00 a.m. (ET).

PLEASE TAKE FURTHER NOTICE that on July 22, 2020 a fourth Summons and Notice of Pretrial Conference (the "July 22 Summons") was served on certain Defendants.  The July 22 Summons, which is believed to be the final summons to be served, also scheduled the Pretrial Conference for September 9, 2020 at 10:00 a.m. (ET).

PLEASE TAKE FURTHER NOTICE that, in accordance with the foregoing and to permit an efficient pretrial conference process, the Pretrial Conference originally scheduled for August 6, 2020 as set forth in the June 30 Summons has been adjourned to **September 9, 2020 at 10:00 a.m. (ET)** so that all defendants may participate in a single pretrial conference.  The adjourned Pretrial Conference shall be held before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, at the Court 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.

| | |
|---|---|
| Date:  July 23, 2020<br>  Wilmington, Delaware | BAYARD, P.A.<br><br> /s/ *Gregory J. Flasser*  <br>Erin R. Fay (No. 5268)<br>Gregory J. Flasser (No. 6154)<br>600 North King Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 655-5000<br>Facsimile:  (302) 658-6395<br>Email:  efay@bayardlaw.com<br>            gflasser@bayardlaw.com<br><br>- and -<br><br>James P. Ruggeri (admitted *pro hac vice*)<br>Joshua D. Weinberg (admitted *pro hac vice*)<br>Abigail W. Williams (admitted *pro hac vice*)<br>Shipman & Goodwin LLP<br>1875 K Street, NW, Suite 600<br>Washington, DC 20003<br>Tel:  (202) 469-7750<br>Fax:  (202) 469-7751<br><br>- and -<br><br>Eric S. Goldstein (admitted *pro hac vice*)<br>Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103<br>Tel:  (860) 251-5000<br>Fax:  (860) 251-5099<br><br>*Attorneys for First State Insurance Company and Hartford Accident and Indemnity Company* |