# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No.: 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| HARTFORD ACCIDENT AND INDEMNITY COMPANY AND FIRST STATE INSURANCE COMPANY, | Adv. Pro. No. 20-50601 (LSS) |
| Plaintiffs, | |
| v. | |
| BOY SCOUTS OF AMERICA, *et al.*, | |
| Defendants. | |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Hartford Accident and Indemnity Company and First State Insurance Company and Defendant General Star Indemnity Company, that the time within which Defendant must answer, move, or otherwise respond to the Complaint in the above-captioned adversary proceeding is extended through and including August 27, 2020.

Dated: July 30, 2019
Wilmington, Delaware

BAYARD, P.A.

By: /s/ Erin R. Fay
Erin R. Fay (No. 5268)
Gregory J. Flasser (No. 6154)
600 North King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: efay@bayardlaw.com
         gflasser@bayardlaw.com

- and –

James P. Ruggeri (*admitted pro hac vice*)
Joshua D. Weinberg (*admitted pro hac vice*)
Abigail W. Williams (*admitted pro hac vice*)
Shipman & Goodwin LLP
1875 K Street, NW, Suite 600
Washington, DC 20003
Tel: (202) 469-7750
Fax: (202) 469-7751

- and –

Eric S. Goldstein (*admitted pro hac vice*)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
Tel: (860) 251-5000
Fax: (860) 251-5099

*Attorneys for First State Insurance Company and Hartford Accident and Indemnity Company*

Dated: July 30, 2019
Wilmington, Delaware

SMITH, KATZENSTEIN & JENKINS LLP

By: /s/ Kathleen M. Miller
Kathleen M. Miller (No. 2898)
1000 West Street, Suite 501
P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 652-8400
kmiller@skjlaw.com
bas@skjlaw.com

*Attorneys for Defendant General Star Indemnity Company*