# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In Re:  Chapter **11**

Case No. **20-10343** (LSS)   Adv. Proc. No.: 20-50601(LSS)

Debtor: BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Robert W. Mauriello, Jr.

to represent Utica Mutual Insurance Company in this action.

*[Signature]*
William A. Crawford, 5600

Firm Name: Franklin & Prokopik, P.C.

Address: 500 Creek View Road, Suite 502
Newark, DE 19711

Phone: 302-594-9780

Email: wcrawford@fandpnet.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of **New Jersey** and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*[Signature]*

Firm Name: Gimigliano Mauriello & Maloney, P.A.

Address: 163 Madison Avenue, Suite 500
Morristown, NJ 07962

Phone: 973-946-8274

Email: rmauriello@lawgmm.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.