# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |
| HARTFORD ACCIDENT AND INDEMNITY COMPANY AND FIRST STATE INSURANCE COMPANY,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>BOY SCOUTS OF AMERICA, *et al.*,<br><br>　　　　　　Defendants | Adv. Proc. No. 20-50601-LSS |

## STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE MOTION TO DISMISS

Plaintiffs Hartford Accident and Indemnity Company and First State Insurance Company (collectively, "Hartford") and Defendants Boy Scouts of America, the local councils named herein (collectively, "BSA"; together with Hartford, the "Parties"), by and through their respective undersigned counsel, hereby enter into this stipulation (the "Stipulation") and hereby stipulate and agree as follows:

WHEREAS, on May 15, 2020, Hartford commenced the above-captioned adversary proceeding by filing the complaint [Adv. D.I. 1] (the "Complaint");

WHEREAS, on August 14, 2020, BSA filed a *Motion to Dismiss Plaintiffs' Complaint* [Adv. Doc. No. 22] (the "Motion"); and

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

WHEREAS, pursuant to Local Rule 9006, Hartford's objection to the Motion is due on August 28, 2020; and

NOW THEREFORE, the Parties, intending to be legally bound, hereby stipulate and agree as follows:

1. Upon execution of this Stipulation, the Parties agree and stipulate that the time within which the Hartford may object to the Motion is hereby extended to and including September 25, 2020.

Dated: August 27, 2020

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BAYARD, P.A. |
|---|---|
| */s/ Derek C. Abbott* | */s/ Erin R. Fay* |
| Derek C. Abbott (No. 3376) | Erin R. Fay (No. 5268) |
| Andrew R. Remming (No. 5120) | Gregory J. Flasser (No. 6154) |
| Joseph C. Barsalona II (No. 6102) | 600 North King Street, Suite 400 |
| Eric W. Moats (No. 6441) | Wilmington, Delaware 19801 |
| Paige N. Topper (No. 6470) | Telephone: (302) 655-5000 |
| 1201 North Market Street, 16th Floor | Facsimile: (302) 658-6395 |
| P.O. Box 1347 | Email: efay@bayardlaw.com |
| Wilmington, Delaware 19899-1347 | gflasser@bayardlaw.com |
| Telephone: (302) 658-9200 | |
| Email: dabbott@mnat.com | - and - |
| aremming@mnat.com | |
| jbarsalona@mnat.com | James P. Ruggeri (admitted *pro hac vice*) |
| ptopper@mnat.com | Joshua D. Weinberg (admitted *pro hac vice*) |
| emoats@mnat.com | Abigail W. Williams (admitted *pro hac vice*) |
| | Shipman & Goodwin LLP |
| – and – | 1875 K Street, NW, Suite 600 |
| | Washington, DC 20003 |
| SIDLEY AUSTIN LLP | Tel: (202) 469-7750 |
| James F. Conlan (admitted *pro hac vice*) | Fax: (202) 469-7751 |
| Thomas A. Labuda (admitted *pro hac vice*) | |
| Michael C. Andolina (admitted *pro hac vice*) | *Attorneys for First State Insurance Company and Hartford Accident and Indemnity Company* |
| Matthew E. Linder (admitted *pro hac vice*) | |
| One South Dearborn Street | |
| Chicago, Illinois 60603 | |
| Telephone: (312) 853-7000 | |
| Email: jconlan@sidley.com | |
| tlabuda@sidley.com | |

2

mandolina@sidley.com
mlinder@sidley.com

– and –

SIDLEY AUSTIN LLP
Jessica C. K. Boelter (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Email: jboelter@sidley.com

*Counsel to the Debtors*