IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

| | | |
|---|---|---|
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | : : | Chapter 11 Case No. 20-10343-LSS |
| Debtors | : : | Jointly Administered |
| HARTFORD ACCIDENT AND INDEMNITY COMPANY and FIRST STATE INSURANCE COMPANY, | : : : | Case No. 20-50601-LSS |
| Plaintiffs | : : | |
| v. | : : | |
| BOY SCOUTS OF AMERICA, et al. Defendants | : : | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of John C. Sullivan of Post & Schell, P.C. to represent defendant Argonaut Insurance Company.

POST & SCHELL, P.C.

BY: __s/Paul Logan__
Paul Logan (No. 3339)
300 Delaware Avenue
Suite 1380
Wilmington, DE 19801
Phone: (302) 251-8856
Fax: (302) 251-8857
E-mail: plogan@postschell.com
Attorneys for Defendant,
Argonaut Insurance Company

Dated: 8/31/2020

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the Supreme Court of Pennsylvania and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund, effective 08/30/2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

POST & SCHELL, P.C.

BY:     s/John C. Sullivan

Dated: 8/31/2020

John C. Sullivan
Four Penn Center – 13th Floor
1600 John F. Kennedy Boulevard
Philadelphia, PA  19103
Phone: (215) 587-1000
Fax: (215) 587-1444
E-mail: jsullivan@postschell.com

## **CERTIFICATE OF SERVICE**

Paul Logan, attorney for defendant Argonaut Insurance Company, certifies that on this 31st day of August 2020, he caused the attached Motion and Order for Admission *Pro Hac Vice* to be electronically filed with the Court. Service of same will be made upon all counsel via the Court's ECF system.

s/Paul Logan
Paul Logan
