IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

| | |
|---|---|
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Chapter 11 |
| Debtors | Case No. 20-10343-LSS |
| | Jointly Administered |

| | |
|---|---|
| HARTFORD ACCIDENT AND INDEMNITY COMPANY and FIRST STATE INSURANCE COMPANY, | |
| Plaintiffs | Case No. 20-50601-LSS |
| v. | |
| BOY SCOUTS OF AMERICA, et al. | |
| Defendants | |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that defendant, Argonaut Insurance Company, shall have until September 1, 2020 to answer, move or otherwise plead to the Complaint in this matter.

BAYARD, P.A.                                                POST & SCHELL, P.C.

BY:   s/Erin R. Fay                                         BY:   s/Paul Logan
  Erin R. Fay (No. 5268)                                      Paul Logan (No. 3339)
  Gregory J. Flasser (No. 6154)                               300 Delaware Avenue
  600 North King Street                                       Suite 1380
  Suite 400                                                   Wilmington, DE 19801
  Wilmington, DE 19801                                        Phone: (302) 251-8856
  Phone: (302) 655-5000                                       Fax: (302) 251-8857
  Fax: (302) 658-6395                                         E-mail: plogan@postschell.com
  E-mail: efay@bayardlaw.com
         gflasser@bayardlaw.com                                          and

           and

2

James P. Ruggeri (*pro hac vice*)
Joshua D. Weinberg (*pro hac vice*)
Abigail W. Williams (*pro hac vice*)
Shipman & Goodwin LLP
1875 K Street, NW – Suite 600
Washington, DC  20003
E-mail:  jruggeri@goodwin.com
         jweinberg@goodwin.com
         awilliams@goodwin.com
Phone:  (202) 469-7750
Fax:  (202) 469-7751

                and

Eric S. Goldstein (*pro hac vice*)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103
Phone:  (860) 251-5009
Fax:  (860) 251-5099
E-mail:  egoldstein@goodwin.com

Attorneys for Plaintiffs,
Hartford Accident and Indemnity
Company and First State Insurance
Company

John C. Sullivan *(pro hac vice pending)*
Kathleen K. Kerns *(pro hac vice pending)*
Four Penn Center – 13th Floor
1600 John F. Kennedy Boulevard
Philadelphia, PA  19103
Phone:  (215) 587-1000
E-mail:  jsullivan@postschell.com
         kkerns@postschell.com

Attorneys for Defendant,
Argonaut Insurance Company