## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>　Case No. 20-10343 (LSS)<br><br>　Jointly Administered |
| HARTFORD ACCIDENT AND INDEMNITY COMPANY AND FIRST STATE INSURANCE COMPANY,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>BOY SCOUTS OF AMERICA, *et al.*,<br><br>　　　　　　　　Defendants | Adv. Proc. No. 20-50601-LSS<br><br>**Re: D.I. 43** |

**CERTIFICATE OF NO OBJECTION REGARDING JOINT
<u>MOTION TO STAY ADVERSARY PROCEEDING</u>**

　　　　The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading has been received to the *Joint Motion to Stay Adversary Proceeding* [D.I. 43] (the "<u>Motion</u>"), filed on June 19, 2020 in the above-captioned adversary proceeding. The undersigned further certifies, after reviewing the Court's docket in these cases, that no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to Rule 7007-1(a)(ii) of the Local Rules of Bankruptcy Practice and Procedure of the United States Court for the District of Delaware (the "<u>Local Rules</u>"), responses to the Motion were to be filed and served no later than September 15, 2020 at 4:00 p.m. (ET).

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

Pursuant to Local Rule 7007-4, the undersigned hereby files this Certificate of No Objection to reflect that the Motion was unopposed and no briefing occurred.

It is hereby respectfully requested that an order granting the Motion be entered at the Court's earliest convenience.

Date: September 22, 2020
 Wilmington, Delaware

BAYARD, P.A.

 */s/ Gregory J. Flasser*
Erin R. Fay (No. 5268)
Gregory J. Flasser (No. 6154)
600 North King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: efay@bayardlaw.com
         gflasser@bayardlaw.com

- and -

James P. Ruggeri (admitted *pro hac vice*)
Joshua D. Weinberg (admitted *pro hac vice*)
Abigail W. Williams (admitted *pro hac vice*)
Shipman & Goodwin LLP
1875 K Street, NW, Suite 600
Washington, DC 20003
Tel: (202) 469-7750
Fax: (202) 469-7751

- and -

Eric S. Goldstein (admitted *pro hac vice*)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
Tel: (860) 251-5000
Fax: (860) 251-5099

*Attorneys for First State Insurance Company,
Hartford Accident and Indemnity Company and
Twin City Fire Insurance Company*