# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| HARTFORD ACCIDENT AND INDEMNITY COMPANY AND FIRST STATE INSURANCE COMPANY | Adv. Pro. No. 20-50601 (LSS) |
| Plaintiffs, | **Re: Docket Nos. 50 & 52** |
| vs. | |
| BOY SCOUTS OF AMERICA, *et al*. | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Marcy J. McLaughlin Smith, hereby certify that on the 12th day of October, 2020, I served or caused to be served the following documents upon the parties set forth on the attached list via email and that all ECF participants registered in this adversary proceeding were served electronically through the Court's ECF system at their respective email addresses registered with the Court:

- *Certification of Counsel Regarding Order Approving Stipulation for Third Extension of Time* [DI 50]; and

- *Order Approving Stipulation for Third Extension of Time* [DI 52].

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

#110656456 v2

Dated: October 12, 2020
       Wilmington, Delaware

<table>
<tr><td>

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Marcy J. McLaughlin Smith*
    David M. Fournier (DE No. 2812)
    Marcy J. McLaughlin Smith (DE No. 6184)
    Hercules Plaza
    1313 Market Street
    Suite 5100
    P.O. Box 1709
    Wilmington, DE 19899-1709
    Telephone:   302.777.6500
    Facsimile:   302.421.8390

-and-

    Harris B. Winsberg (admitted *pro hac vice*)
    Matthew G. Roberts (admitted *pro hac vice*)
    Bank of America Plaza
    600 Peachtree Street NE
    Suite 3000
    Atlanta, GA  30308-2216
    Telephone:   404.885.3000
    Facsimile:   404.885.3900

-and-

    NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP
    Matthew S. Sorem (admitted *pro hac vice*)
    10 S. Wacker Dr.
    21st Floor
    Chicago, IL 60606
    Telephone:   312.585.1433
    Facsimile:   312.585.1401

-and-

</td><td>

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Marcy J. McLaughlin Smith*
    David M. Fournier (DE No. 2812)
    Marcy J. McLaughlin Smith (DE No. 6184)
    Hercules Plaza
    1313 Market Street
    Suite 5100
    P.O. Box 1709
    Wilmington, DE 19899-1709
    Telephone:   404.885.3000
    Facsimile:   404.885.3900

-and-

    Harris B. Winsberg (admitted *pro hac vice*)
    Matthew G. Roberts (admitted *pro hac vice*)
    Bank of America Plaza
    600 Peachtree Street NE
    Suite 3000
    Atlanta, GA  30308-2216
    Telephone:   404.885.3000
    Facsimile:   404.885.3900

-and-

    BRADLEY RILEY JACOBS PC
    Todd C. Jacobs (admitted *pro hac vice*)
    John E. Bucheit (admitted *pro hac vice*)
    320 W. Ohio Street
    Suite 3W
    Chicago, IL 60654
    Telephone:   312.281.0295

*Attorneys for National Surety Corporation*

</td></tr>
</table>

#110656456 v2

-3-

McDermott Will & Emery LLP
Margaret H. Warner (admitted *pro hac vice*)
Ryan S. Smethurst (admitted *pro hac vice*)
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone:   202.756.8228
Facsimile:   202.756.8087

*Attorneys for Allianz Global Risks US Insurance Company*

#110656456 v2

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**Adv. Case No. 20-50601 (LSS)**
**Service List**

BY EMAIL

Erin R. Fay, Esq.
Gregory J. Flasser, Esq.
600 North King Street
Suite 400
Wilmington, DE 19899-1709

efay@bayardlaw.com; gflasser@bayardlaw.com

BY EMAIL

**SHIPMAN & GOODWIN LLP**
Eric S. Goldstein, Esq.
One Constitution Plaza
Hartford, CT 06103

egoldstein@goodwin.com

BY EMAIL

**SHIPMAN & GOODWIN LLP**
James P. Ruggeri, Esq.
Joshua D. Weinberg, Esq.
Abigail W. Williams, Esq.
1875 K Street, NW, Suite 600
Washington, DC 20003

jruggeri@goodwin.com; jweinberg@goodwin.com; awilliams@goodwin.com

-2-

#110656456 v2