IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

| | | |
|---|---|---|
| BOY SCOUTS OF AMERICA : | Chapter 11 |
| AND DELAWARE BSA, LLC, : | Case No. 20-10343-LSS |
| Debtors : | |
| _____ : | Jointly Administered |
| HARTFORD ACCIDENT AND INDEMNITY : | |
| COMPANY and FIRST STATE INSURANCE : | |
| COMPANY, : | Case No. 20-50601-LSS |
| Plaintiffs : | |
| : | |
| v. : | |
| : | |
| BOY SCOUTS OF AMERICA, et al. : | |
| Defendants : | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR ALL NOTICES AND PLEADINGS

Please enter appearance of Louis J. Rizzo Jr., Esquire as attorney for (1) Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company), (2) St. Paul Surplus Lines Insurance Company, and (3) Gulf Insurance Company, parties-in interest in the above-captioned matter.

Pursuant to Bankruptcy Rules 2002(g), 2015(c), and 3017(a), the undersigned requests that Louis J. Rizzo, Jr., Esquire receive copies of all notices, reports, motions, briefs, memoranda, pleadings, proposed plan, disclosure statements, proposed orders, and any other documents filed in the above-referenced matter. All such documents should be served upon the following:

> Louis J. Rizzo, Jr., Esquire
> REGER RIZZO & DARNALL LLP
> 1521 Concord Pike, Suite 305
> Brandywine Plaza West
> Wilmington, DE 19803
> Email: lrizzo@regerlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes notices of applications, motions, petitions, and pleadings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, telephone, telephone, telex, telecopy, facsimile or otherwise, which affects the Debtors or the property of the Debtors.

Dated at Wilmington, Delaware, this 15th day of October, 2020.

        REGER RIZZO & DARNALL LLP

        */s/ Louis J. Rizzo, Jr., Esquire*
        Louis J. Rizzo, Jr., Esquire (#3374)
        1521 Concord Pike, Suite 305
        Brandywine Plaza West
        Wilmington, DE 19803
        (302) 477-7100
        Email: lrizzo@regerlaw.com

        *Attorney for Defendants,*
        *Travelers Casualty and Surety Company,*
        *Inc. (f/k/a Aetna Casualty & Surety*
        *Company), St. Paul Surplus Lines Insurance*
        *Company and Gulf Insurance Company*

Dated: October 15, 2020

## CERTIFICATE OF SERVICE

I, Louis J. Rizzo, Jr., Esquire, attorney for defendants Travelers Casualty and Surety Company, Inc. (f/k/a Aetna Casualty & Surety Company) ("Travelers C and S"), St. Paul Surplus Lines Insurance Company ("St. Paul") and Gulf Insurance Company's ("Gulf's") (collectively, "Travelers"), certifies that on this 15th day of October 2020, he caused the attached Notice of Appearance and Request for all Notices and Pleadings to be electronically filed with the Court. Service of same will be made upon all counsel via the Court's ECF system.

                         REGER RIZZO & DARNALL LLP

Dated: October 15, 2020        */s/ Louis J. Rizzo, Jr., Esquire*
                                 Louis J. Rizzo, Jr., Esquire (#3374)
                                 1521 Concord Pike, Suite 305
                                 Brandywine Plaza West
                                 Wilmington, DE 19803
                                 (302) 477-7100
                                 Email: lrizzo@regerlaw.com

                                 *Attorney for Defendants,*
                                 *Travelers Casualty and Surety Company,*
                                 *Inc. (f/k/a Aetna Casualty & Surety*
                                 *Company), St. Paul Surplus Lines Insurance*
                                 *Company and Gulf Insurance Company*