## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[3] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| HARTFORD ACCIDENT AND INDEMNITY COMPANY AND FIRST STATE INSURANCE COMPANY, | Adv. Proc. No. 20-50601-LSS |
| Plaintiffs, | Related Adv. D.I.: 43, 49 |
| v. | |
| BOY SCOUTS OF AMERICA, *et al.*, | |
| Defendants | |

### ORDER STAYING ADVERSARY PROCEEDING

Upon consideration of the Parties' *Motion to Stay Adversary Proceeding* (the "Motion")[4]; and good and sufficient cause appearing therefore, IT IS HEREBY ORDERED that:

1.      The Motion is GRANTED.

2.      This Adversary Proceeding shall be stayed in its entirety for a period of at least thirty (30) days while the Parties attempt to mediate their disputes.  Following the initial thirty (30) day period, either Party is permitted to terminate the stay on seven (7) days' written notice to the other Party.  The Party terminating the stay shall advise the Court and all other parties to

---

[3]      The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

[4]      Capitalized terms used but not otherwise defined herein shall have the meanings give to them in the Motion.

the Adversary Proceeding that the stay is terminated.

3.     All litigation and discovery dates and deadlines shall be suspended pending further order of this Court.

4.     This Court shall have exclusive jurisdiction and power to resolve any dispute arising out of, relating to, or deriving from the Motion or this Order and has the jurisdiction and power to enter a final order related to this Motion and Order.

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: October 16th, 2020**
**Wilmington, Delaware**