# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |
| HARTFORD ACCIDENT AND INDEMNITY COMPANY AND FIRST STATE INSURANCE COMPANY,<br><br>                Plaintiffs,<br><br>                v.<br><br>BOY SCOUTS OF AMERICA, *et al*.,<br><br>                Defendants | Adv. Proc. No. 20-50601-LSS |

## **NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, James P. Ruggeri, Joshua D. Weinberg, Annette P. Rolain, Sara K. Hunkler, Abigail W. Williams, and Eric S. Goldstein, of the firm Shipman & Goodwin LLP, hereby withdraw as counsel for Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company and Navigators Specialty Insurance Company (collectively, "Hartford"), and request to be removed from all notice and service lists in the above-reference cases.

PLEASE TAKE FURTHER NOTICE that all other current counsel of record will continue to represent Hartford and are not intended to be affected by this notice.

10693967

| | |
|---|---|
| Date:  January 3, 2022<br>Wilmington, Delaware | BAYARD, P.A.<br><br> /s/ *Gregory J. Flasser*  <br>Erin R. Fay (No. 5268)<br>Gregory J. Flasser (No. 6154)<br>600 North King Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 655-5000<br>Facsimile:  (302) 658-6395<br>Email:  efay@bayardlaw.com<br>            gflasser@bayardlaw.com<br><br>          -and-<br><br>Philip D. Anker (admitted *pro hac vice*)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, N.Y. 10007<br>Tel: (212) 230-8890<br>Fax: (212) 230-8888<br><br>          -and-<br><br>Danielle Spinelli (admitted *pro hac vice*)<br>Joel Millar (admitted *pro hac vice*)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Avenue N.W.<br>Washington, D.C. 20006<br>Tel: (202) 663-6000<br>Fax: (202) 663-6363<br><br>*Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, Twin City Fire Insurance Company, and Navigators Specialty Insurance Company* |

10693967